UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IMPULSE MONITORING, INC.,

    Plaintiff,

  v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

Case No. 2:14-cv-01677
JUDGE GREGORY L. FROST
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of Defendant's unopposed motion to stay this action pending resolution of its motion to transfer pursuant to 28 U.S.C. § 1407 in Case No. 2571 before the Judicial Panel on Multidistrict Litigation ("Panel") ("Motion to Transfer"). (ECF No. 7.) The Court **GRANTS** the motion and **STAYS** this action pending resolution of the Motion to Transfer. Defendant is **ORDERED** to notify this Court of the Panel's decision on the Motion to Transfer within seven (7) days of the date on which the Panel decides the same.

    IT IS SO ORDERED.

                                            /s/ Gregory L. Frost
                                            GREGORY L. FROST
                                            UNITED STATES DISTRICT JUDGE